IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03218-CMA-MJW

WILLIAM BAZAREWSKI and
HEATHER BAZAREWSKI,

Plaintiff(s),

v.

BEAVER CREEK SKI AREA, INC.,
VAIL HOLDINGS, INC.,
VAIL RESORTS, IN.C, and
THE VAIL CORPORATION d/b/a VAIL RESORTS MANAGEMENT COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Amendments to Civil Scheduling Order (docket no. 28) is GRANTED finding good cause shown.  The written Amended Civil Scheduling Order is APPROVED and made an Order of Court.  The Final Pretrial Conference set on October 28, 2013 at 9:30 a.m. is VACATED and reset on January 28, 2014.  The parties shall file their proposed Final Pretrial Order with the court seven (7) days prior to the Final Pretrial Conference.

Date: April 23, 2013