IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03218-RM-MJW

WILLIAM BAZAREWSKI and
HEATHER BAZAREWSKI,

Plaintiff(s),

v.

THE VAIL CORPORATION d/b/a VAIL RESORTS MANAGEMENT COMPANY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Amendments to Civil Scheduling Order (docket no. 38) is GRANTED finding good cause shown.  The Discovery Cut-Off date is extended to January 27, 2014.  The Dispositive Motions deadline is extended to February 25, 2014.  The deadline to designate experts is extended to November 7, 2013.  The deadline to designate rebuttal experts is extended to December 6, 2013.  The deadline to serve written interrogatories, requests for production of documents, and requests for admissions is extended to December 1, 2013.  The Final Pretrial Conference set on January 28, 2014, at 9:00 a.m. is VACATED and reset to March 20, 2014, at 9:30 a.m.  The parties shall file their proposed Final Pretrial Order seven (7) days prior to the Final Pretrial Conference.  The Amended Civil Scheduling Order (docket no. 31) is amended consistent with this minute order.

Date: July 17, 2013