IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03218-RM-MJW

WILLIAM BAZAREWSKI and
HEATHER BAZAREWSKI,

Plaintiff(s),

v.

THE VAIL CORPORATION d/b/a VAIL RESORTS MANAGEMENT COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion to Stay the Case Pending the Court's Ruling on Defendant's Motion to Dismiss (docket no. 43) is DENIED. Staying discovery pending the outcome of motions determining preliminary matters raises issues "of pretrial management and judicial efficiency that fall within the court's discretion." Stone v. Gonzales, 2006 U.S. Dist. LEXIS 43885, *2 (D. Colo. June 18, 2006) (citing Greeley Pub. Co. v. Hergert, 233 F.R.D. 607, 612 (D. Colo. 2006). After taking into consideration the current posture of this case, the court finds that the interest of justice requires that this case go forward with discovery. Defendant assumes in the subject motion (docket no. 43) that Judge Moore will grant Defendant's Motion to Dismiss (docket no. 18), but this court does not act on assumptions

Date: October 23, 2013