**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-03218-RM-MJW

WILLIAM BAZAREWSKI,

    Plaintiff,

v.

THE VAIL CORPORATION d/b/a VAIL RESORTS MANAGEMENT COMPANY,

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to Order on Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) [Doc. No. 52, filed March 4, 2014], it is

    ORDERED that Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) [Doc. No. 18, filed March 5, 2013] is GRANTED. It is

    FURTHER ORDERED that First Amended Complaint and Demand for Jury Trial [Doc. No. 21, filed April 9, 2013] is DISMISSED. It is

    FURTHER ORDERED that Defendant's Motion for Summary Judgment and Brief in Support [Doc. No. 51, filed February 24, 2014] is DENIED AS MOOT. It is

    FURTHER ORDERED that the Clerk shall enter judgment in favor of Defendant on all claims.

Dated at Denver, Colorado this 5th day of March, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Nicholas Richards

Nicholas Richards
Deputy Clerk